IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>SETH B. VANDER VORST,<br><br>                  Defendant. | **8:19CR255**<br><br>**ORDER** |

      This matter is before the Court sua sponte. The Court has determined that appointment of counsel is appropriate.

      This matter is before the court on the Motion to Withdraw as Counsel (Filing No. 61). The court finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska and the appearance of Sean Conway is hereby deemed withdrawn.

      IT IS ORDERED that Kelly M. Steenbock and the Federal Public Defender's Office for the District of Nebraska is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

      IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

      Dated this 10th day of December, 2024.

                                                             BY THE COURT:

                                                            s/ Joseph F. Bataillon
                                                            Senior United States District Judge