PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

District of Nebraska

UNITED STATES OF AMERICA

v.

Seth Vander Vorst

Crim. No. 8:19CR00255

On 12/14/2023 the above named was placed on conditional release for life. Mr. Vander Vorst died on 10/17/2026. It is accordingly recommended that Mr. Vander Vorst's supervision be formally terminated by the Court.

Respectfully submitted,

Erin Finigan

*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 27th day of October, 2026.

JF Bataillon

*United States District Judge*

Print Save As... Reset